THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA MILLER,<br><br>               Plaintiff,<br><br>   v.<br><br>BOYS & GIRLS CLUBS OF SNOHOMISH COUNTY,<br><br>              Defendant. | CASE NO. C15-2027-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion for extension of the discovery deadline (Dkt. No. 24) and telephonic notice. The Court issued a minute order granting the motion (Dkt. No. 25), however, for additional clarity, the Court issues this minute order to make it clear that the extension only allows for the depositions of William Tsoukalas, Rachel Faidley, and Tristina Windsor to occur on or before January 31, 2017, and the depositions of Gretchen Jones and Neil Jones to occur on or before March 17, 2017. No other discovery extensions were granted.

      //

      //

      //

DATED this 23rd day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk