THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA MILLER,<br><br>            Plaintiff,<br><br>      v.<br><br>BOYS & GIRLS CLUBS OF SNOHOMISH COUNTY,<br><br>            Defendant. | CASE NO. C15-2027-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on telephonic notice from the parties. The current trial date and pretrial filing dates are VACATED. The new trial date is now set for Monday, October 16, 2017, at 9:30 a.m. All trial briefs, proposed voir dire, proposed jury instructions, proposed verdict forms, and motions in limine the parties want the Court to consider before trial are due on or before Friday, October 6, 2017. All responses to the pretrial filings listed above are due on or before Tuesday, October 10, 2017.

//

//

//

MINUTE ORDER C15-2027-JCC
PAGE - 1

1   DATED this 15th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk